UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.: 3:24-CV-00244-WWB-LLL

MARILYN BARLOW,

    Plaintiff,

v.

LOWE'S HOME CENTERS, LLC

    Defendant,

_____/

## AMENDED COMPLAINT

Plaintiff, MARILYN BARLOW, by and through the undersigned counsel, hereby sues Defendants, LOWE'S HOME CENTERS, LLC, alleges as follows:

1. This is an action for damages that exceeds the sum of FIFTY THOUSAND DOLLARS ($50,000.00), exclusive of costs, interest and attorneys' fees. The actual value of Plaintiff's claim will be determined by a fair and just jury in accordance with Article 1, Section 21, Fla. Const.

2. Plaintiff, MARILYN BARLOW, is a natural person residing in Duval County, Florida.

3. LOWE'S HOME CENTERS, LLC is a foreign business licensed to conduct business in the State of Florida.

4. At all times material hereto, Defendant, LOWE'S HOME CENTERS, LLC, was the owner and in possession of that certain business located at 5155 Lenox Ave, Duval County, Jacksonville, Florida, open to the public, including the Plaintiff herein.

5. On or about May 14, 2021, Plaintiff, MARILYN BARLOW, visited Defendants premises located at the above address as a business invitee and/or guest.

6. At said time and place, Defendant owed Plaintiff a non-delegable duty to maintain the premises in a reasonably safe condition and to warn Plaintiff of any dangerous condition.

7. At said time and place, Defendant negligently maintained the floors on the property by failing to timely inspect the interior flooring for slip hazards, allowing improper cleaning procedures to cause the floor to remain slippery, and/or failing to follow its policies and procedures related to floor maintenance and safety.

(7a.) At said time and place, Defendant negligently failed to warn the Plaintiff of the dangerous condition of the substance on the floor, despite the fact that Defendant either knew or should have known about the dangerous condition on the floor.

(7b.) At said time and place, Defendant negligently failed to warn the Plaintiff of the dangerous condition of the substance on the floor, despite the fact that Defendant either knew or should have known about the dangerous condition on the floor because such conditions occurred with regularity at Defendant's premises.

8. The dangerous condition was known or should have been known to Defendant, and was either caused by Defendant or had existed for a sufficient length of time so that Defendant should have known of it and occurred with such regularity and was therefore foreseeable.

9. As a result, while Plaintiff was visiting Defendant's business, she slipped on a transitory foreign substance on the ground, causing Plaintiff to fall and sustain injuries as set forth below.

10. As a direct and proximate cause of the negligence of Defendant as outlined above, Plaintiff suffered bodily injury in and about her body and extremities resulting in pain and suffering, disability, disfigurement, permanent and significant scarring, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment. (and aggravation of a previously existing condition) These losses are permanent and continuing, Plaintiff has suffered these losses in the past and Plaintiff will suffer losses in the future.

**WHEREFORE**, the Plaintiff, MARILYN BARLOW, sues the Defendant, LOWE'S HOME CENTERS, LLC, for damages and demands judgment in excess of Fifty Thousand Dollars ($50,000.00), plus interest and costs, and demands trial by jury of all issues so triable.

## **DEMAND FOR JURY TRIAL**

Plaintiff demands trial by jury on all issues so triable.

**RESPECTFULLY SUBMITTED** this 13th day of September, 2024.

                **MORGAN & MORGAN**
                */s/ Nelson E. Sierra*
                **NELSON E. SIERRA, ESQ.**
                Florida Bar No.: 124247
                501 Riverside Ave, Suite 1200
                Jacksonville, FL 32202
                Telephone: (904) 398-2722
                Fax: (904) 456-6846
                Primary E-mail:
                nsierra@forthepeople.com
                Secondary E-mail:
                mario.molina@forthepeople.com
                *Attorney for Plaintiff*